HAMITER, Justice
(dissenting).
If this were an adoption matter I would unhesitatingly agree that Mr. and Mrs. Deason could not now arbitrarily withdraw the consent for the adoption of their child which they freely and voluntarily gave in writing. See my dissenting opinion in Green v. Paul, 212 La. 337, 31 So.2d 819. But it is not, Mr. and Mrs. McWilliams having never instituted proceedings upon the notarial acts executed in their favor by the Deasons and styled “Surrender of Minor Child for Purposes of Adoption”.
To be determined here, as the majority opinion points .out, is only the question of custody. And I cannot conclude from the record that the interest and welfare of the child would be best served by denying such custody to the Deasons, the evidence (as I appreciate it) failing to preponderately disclose that they either have in fact abandoned their offspring or are otherwise unfit to give him parental attention and care.
I respectfully dissent.